UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. M. DANIELS II,<br><br>      Plaintiff,<br><br>vs.<br><br>JONATHAN RENSHAW,<br><br>      Defendant. | Case No. 1:11-cv-01593-RRB<br><br>**DISMISSAL ORDER** |

      The record reflects that on April 3, 2013, the Order of Reassignment was sent by U.S. Mail to the last known address of Plaintiff, L. M. Daniels. On April 15, 2013, the Order was returned as undeliverable, "Return to Sender, Refused, to Forward."[1] As of this date, Daniels has not informed this Court of his current address. A party has an obligation to keep the Court apprised of his or her current address.[2] Daniels has failed to comply with this requirement. This Court may dismiss for failure to prosecute or failure to comply with a court order or rule. In so doing, this Court must weigh five factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk

---

    [1]      Docket entry dated April 15, 2013.

    [2]      L. R. 182(f), 183(b).

DISMISSAL ORDER
*Daniels v. Renshaw*, 1:11-cv-01593-RRB – 1

of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits.[3]

In this case, weighing those factors to the extent that may otherwise be applicable, this Court concludes that dismissal without prejudice presents a proper balance among the five factors.

**IT IS THEREFORE ORDERED** that the Complaint on filed herein is hereby **DISMISSED** without prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED** this 2nd day of July, 2013.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[3] *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002).